# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CLINTON CALHOUN,<br>    Plaintiff, | CIVIL ACTION NO. 1:12-CV-00305 |
| vs. | JUDGE LOUIS GUIROLA, JR. |
| BALFOUR BEATTY, ET AL.,<br>    Defendants. | MAGISTRATE JUDGE JOHN ROPER |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that plaintiff has resolved all of its claims against Balfour Beatty, et al., pursuant to a settlement agreement. Therefore, because plaintiff desires to terminate further litigation against Balfour Beatty, et al., it is hereby stipulated that all claims asserted by plaintiff shall be dismissed with prejudice, and with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 21st day of June, 2013.

*s/ Susan Fahey Desmond*
Susan Fahey Desmond (MS Bar No. 5116)
JACKSON LEWIS LLP
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: 504-208-5839
Facsimile: 504-208-1759
Email: sdesmond@jacksonlewis.com
Counsel for BALFOUR BEATTY

s/ *Victoria J. Prince*
Prince Law Firm, P.A. (MS Bar No. 10309)
106 Court Street, Suite A
Batesville, Mississippi 39606
Telephone: (662) 563-4300
Facsimile: (662)762-8358
Email: victoria@victoriaprincelaw.net
Counsel for CLINTON CALHOUN

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to:

Victoria J. Prince
Prince Law Firm, P.A.
106 Court Street, Suite A
Batesville, Mississippi 38606

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

    *s/Susan Fahey Desmond*
    SUSAN FAHEY DESMOND

4849-8273-8964, v. 1